

FILED

11:37 am, 1/9/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VANESSA MEDINA,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, FEDERAL DEPOSIT INSURANCE CORPORATION, JOSEPH R. BIDEN, in his official capacity as President of the United States of America, VETERANS BENEFITS ADMINISTRATION,<br><br>  Defendants. | Case No. 23-CV-241-ABJ |

## FINAL JUDGMENT

THIS MATTER came before the Court on *pro se* Plaintiff, Vanessa Medina's *Complaint* and *Motion to Proceed in Forma Pauperis*. ECF Nos. 1, 2. The Court entered an order granting the *Motion* and dismissing the case pursuant to 28 U.S.C. § 1915 for lack of subject matter jurisdiction over the case. Therefore, **IT IS NOW ORDERED AND ADJUDGED** that the judgment dismissal is entered, and this case is closed.

Dated this 9th day of January, 2024.

Alan B. Johnson
United States District Judge