**FILED**



**10:40 am, 1/10/24**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

VANESSA MEDINA,

      Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
TREASURY, FEDERAL DEPOSIT
INSURANCE CORPORATION, JOSEPH
R. BIDEN, in his official capacity as
President of the United States of America,
VETERANS BENEFITS
ADMINISTRATION,

      Defendants.

Case No. 23-CV-241-ABJ

## AMENDED FINAL JUDGMENT

THIS MATTER came before the Court on *pro se* Plaintiff, Vanessa Medina's

*Complaint* and *Motion to Proceed in Forma Pauperis*. ECF Nos. 1, 2. The Court entered

an order denying the *Motion* and dismissing the case pursuant to 28 U.S.C. § 1915(e)

screening. ECF No. 5. Therefore, **IT IS NOW ORDERED AND ADJUDGED** that the

judgment dismissal is entered, and this case is closed.

Dated this _16th_ day of January, 2024.

Alan B. Johnson
United States District Judge